IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| RAYSHUN TORBERT, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) CASE NO. 2:07-cv-460-WKW |
| | ) |
| CARVER DAVENPORT, WARDEN, *et al.*, | ) |
| | ) |
| Respondents. | ) |

## **ORDER**

On May 30, 2007, the magistrate judge filed a Recommendation (Doc. # 2) that the petition for writ of habeas corpus be dismissed without prejudice for lack of jurisdiction. Upon an independent review of the file in this case, upon consideration of the Recommendation of the Magistrate Judge, and there being no timely objections filed, it is hereby ORDERED that:

1. The Recommendation of the Magistrate Judge (Doc. # 2) is ADOPTED; and

2. Plaintiff's Petition for Writ of Habeas Corpus (Doc. # 1) is DISMISSED without prejudice.

An appropriate judgment will be entered.

DONE this 19th day of June, 2007.

           /s/ W. Keith Watkins
    UNITED STATES DISTRICT JUDGE