IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

RAYSHUN TOLBERT, #198029,

    PETITIONER,

V.                                CIVIL ACTION NO. CV-460-WKW

GWENDOLYN C. MOSLEY, et al,.

    DEFENDANTS.

## MOTION TO REINSTATE PETITION FOR WRIT OF HABEAS CORPUS

COMES NOW the Plaintiff, Rayshun Tolbert, by and through himself in the above entitled cause and moves this Court to order that the Petition for Writ of Habeas Corpus be reinstated based upon the order of the United States Court of Appeals for the Eleventh Circuit Case Number 07-12967-E, released on July 11, 2007. The Petitioner states in support as follows:

    The Court of Appeals ruled in part as follows: "A review of the district court records for the Middle District of Alabama did not reveal any records under the name Rayshun Tolbert. Accordingly, Tolbert's current proposed section 2254 petition is not second or successive within the meaning of 28 U.S.C. section 2244(b)(A), and his application is denied as unnecessary."

    Based upon the ruling in the Eleventh Circuit this Court should reinstate the petition and order that the claims be addressed by their merit.

Wherefore, the premises considered the Petitioner prays that this motion is granted in all respects.

*/s/ Rayshun Tolbert*

Respectfully submitted,

Rayshun Tolbert
198029
200 Wallace Drive
Easterling Correctional Facility
Clio, Alabama 36017

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing upon the Office of the Alabama Attorney General, by placing a copy of the same in the Prison Mail Room for United State Mail postage prepaid on this 19th day of July, 2007.

*/s/ Rayshun Tolbert*
Petitioner

RAYSHUN TOLBERT 148624
EASTERLING CORRECTIONAL FACILITY (C-2)
200 WALLACE DRIVE
CLIO, ALABAMA 36017

MONTGOMERY AL 361
20 JUL 2007 PM 4 T

Office of The Clerk
United States District Court
P.O. Box 711
Montgomery, Alabama 36101-0711

"This correspondence is forwarded from an Alabama State Prison. The contents have not been evaluated, and the Alabama Department of Corrections is not responsible for the substance or content of the enclosed communication."