IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| RAYSHUN TORBERT, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | CASE NO. 2:07-cv-460-WKW |
| ) | |
| CARVER DAVENPORT, WARDEN, *et al.*,) | |
| ) | |
| Respondents. ) | |

### **ORDER**

It is ORDERED that petitioner's Motion to Reinstate Petition for Writ of Habeas Corpus (Doc. # 5) is referred to Magistrate Judge Terry F. Moorer for a recommendation.

DONE this 1st day of August, 2007.

/s/  W.  Keith Watkins
UNITED STATES DISTRICT JUDGE