IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **RAYSHUN TORBERT, #198 029,** | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) CASE NO. 2:07-cv-460-WKW |
| | ) |
| **CARTER DAVENPORT, WARDEN,** | ) |
| *et al.*, | ) |
| Respondents. | ) |

## ORDER

On August 3, 2007, the Magistrate Judge filed a Recommendation (Doc. # 7) in this case. The Petitioner did not file an objection.

After an independent review of the record, it is the ORDER, JUDGMENT and DECREE of the court that:

1.　The Recommendation of the Magistrate Judge (Doc. # 7) is ADOPTED;

2.　Petitioner's Motion to Reinstate Petition for Writ of Habeas Corpus (Doc. # 5) is DENIED.

DONE this 27th day of August, 2007.

　　　　　　　　　　　　　　　　　/s/  W. Keith Watkins
　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE